# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**842**

**CA 13-00248**

PRESENT: SCUDDER, P.J., SMITH, CENTRA, FAHEY, AND PERADOTTO, JJ.

---

IN THE MATTER OF ANITA STOUDYMIRE,
PETITIONER-APPELLANT,

                          V                                    ORDER

NEW YORK STATE DIVISION OF HUMAN RIGHTS AND
HONORABLE MICHAEL F. MCKEON,
RESPONDENTS-RESPONDENTS.

---

BOUSQUET HOLSTEIN PLLC, SYRACUSE (MICHAEL D. GADARIAN OF COUNSEL), FOR PETITIONER-APPELLANT.

JOHN W. MCCONNELL, OFFICE OF COURT ADMINISTRATION, NEW YORK CITY (SHAWN KERBY OF COUNSEL), FOR RESPONDENT-RESPONDENT HONORABLE MICHAEL F. MCKEON.

---

Appeal from an order and judgment (one paper) of the Supreme Court, Cayuga County (Joseph D. Valentino, J.), entered July 30, 2012. The order and judgment dismissed the petition.

It is hereby ORDERED that the order and judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court (*Stoudymire v New York State Div. of Human Rights*, 36 Misc 3d 919, 2012 NY Slip Op 22210).

Entered:  September 27, 2013                    Frances E. Cafarell
                                               Clerk of the Court